UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-cv-81319-DMM

HOWARD COHAN,

Plaintiff,

vs.

KIEDIS CULINARY CORP
a Florida Profit Corporation
d/b/a CHICK FIL A WEST BOCA

Defendant(s).
_______________________________________/

**NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN and the Defendant, KIEDIS CULINARY CORP, a Florida Profit Corporation, d/b/a CHICK FIL A WEST BOCA, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. The Parties therefore request this Court vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all claims will be filed within the next ten (10) days.

RESPECTFULLY SUBMITTED November 28, 2022.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

**By: /s/ Beth S. Joseph**
Beth S. Joseph
Florida Bar No. 0062952
Email: beth.joseph@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell Avenue
Suite 1600
Miami, FL 33131-3075
Telephone: 305.415.3308
Facsimile: 305.415.3001

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**